AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

NORTHERN District of CALIFORNIA

| | |
|---|---|
| CRYSTAL JANITORIAL SERVICE, INC., a California corporation <br> *Plaintiff(s)* <br> v. <br> RICHARD ROGERS, an individual, JUST WINDOWS & MAINTENANCE SERVICE, INC., a California corporation, and JUST WINDOWS, LLC, a California limited liability company, <br> *Defendant(s)* | Civil Action No. '6:16-cv-02044/MCY |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
RICHARD ROGERS
JUST WINDOWS & MAINTENANCE SERVICE, INC., 510 N. Third Street, San Jose, CA 95112
JUST WINDOWS, LLC, 284 Barnard Avenue, Suite C, San Jose, CA 95125

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

The Corporate Law Group
Paul David Marotta and Megan Jeanne
1342 Rollins Road
Burlingame, CA 94010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date: ""C r t kn"3 ; . "4 2 3 8    *Cynthia J. Lenahan*

*Signature of Clerk or Deputy Clerk*