UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL JANITORIAL SERVICE INC., <br><br> Plaintiffs, <br><br> v. <br><br> RICHARD ROGERS, et al., <br><br> Defendants. | Case No. 16-cv-02044-SI  (SI) <br><br> **PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: November 4, 2016 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: May 1, 2017.

DESIGNATION OF EXPERTS: 3/31/17; REBUTTAL: 4/10/17;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: May 1, 2017.

DISPOSITIVE MOTIONS **SHALL** be filed by; June 9, 2017;
    Opp. Due: June 23, 2017; Reply Due: June 30, 2017;
    and set for hearing no later than July 14, 2017 at 9:00 AM.

PRETRIAL CONFERENCE DATE: August 29, 2017 at 3:30 PM.

JURY TRIAL DATE: September 11, 2017 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 5 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to the Court's Mediation Program.  Mediation shall be completed by 10/14/16.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated: 8/1/16

SUSAN ILLSTON
United States District Judge